No. 04–7062. LAWAL, AKA KOREDE *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 04–7063. MANNING *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7064. JONES *v.* DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7072. BARNES *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–7075. BODE *v.* YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7077. NIX *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7078. PITTS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–7079. DUTRIEVILLE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–7080. DOCKERAY *v.* FERNALD, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–7081. JONES *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–7082. MANDELAKA *v.* TAYLOR, COMMISSIONER, DELAWARE DEPARTMENT OF CORRECTION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7084. RASHAD, AKA JONES *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 04–7085. SCHRADER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 04–7087. COLONEL *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.